# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK FATO**, | : CIVIL ACTION NO. 1:07-CV-1291 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **VARTAN NATIONAL BANK, et al.**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 9th day of May, 2008, following a telephone conference with all parties of record, it appearing that all parties agree that the stay of the schedule imposed by the order of court dated August 14, 2007 (Doc. 10) should be lifted because Robert DeSousa has returned from active military duty, it is hereby ORDERED that:

1. The stay of the pretrial and trial schedule in the above-captioned action is LIFTED.

2. Defendants shall file an answer or other responsive pleading within twenty days of the date of this order.

3. A revised pretrial and trial schedule shall issue by separate order of court.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge