IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK FATO**, | : CIVIL ACTION NO. 1:07-CV-1291 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **VARTAN NATIONAL BANK, et al.**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 16th day of June, 2008, upon consideration of the motion to dismiss (Doc. 22), filed by defendant Vartan Group, and it appearing that the moving defendant filed a brief in support of its motion on May 29, 2008 (Doc. 24), see L.R. 7.5, and that plaintiff's response thereto indicates that "plaintiff will not be opposing The Vartan Group's Motion" (see Doc. 26); see also L.R. 7.6 (stating that a party must file a brief in opposition within fifteen days of the brief in support or will be "deemed not to oppose such motion"), it is hereby ORDERED that the motion to dismiss (Doc. 22), filed by defendant Vartan Group, is GRANTED as unopposed. See L.R. 7.6.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge